IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
CASE NO. 5:18-CR-00476-FL

UNITED STATES OF AMERICA

vs. **ORDER**

ANTONIO DOMENA,
    Defendant.

FOR GOOD CAUSE SHOWN, and without objection of the Government, the Motion of counsel for the Defendant is hereby ALLOWED and GRANTED and counsel for the Defendant is authorized to mail a copy of the Memorandum of Plea Agreement to the defendant where he is housed by the Federal Bureau of Prisons.

IT IS SO ORDERED AND DIRECTED.

Entered at Chambers, this the 18th day of May, 2020.

                            THE HONORABLE LOUISE WOOD FLANAGAN
                            UNITED STATES DISTRICT COURT JUDGE