UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:18-CR-00476-FL

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | JOINT ORDER FOR |
| | ) | RESTITUTION |
| ANTONIO DOMENA | ) | |

Pursuant to a joint motion of the United States and Defendant, and for good cause shown, the Court hereby ORDERS as follows:

In his plea agreement, defendant Antonio Domena agreed to make restitution to any victim, in whatever amount the Court may order, due and payable immediately. The Court finds that the amount of restitution, as set forth in the government's motion, is consistent with the law and the facts of this case. Pursuant to 18 U.S.C. §§ 3664 and 3663A, and in accordance with the terms and conditions of Defendant's plea agreement, the Court orders that:

Defendant shall pay $6,657.65 in total restitution, of which $1758 is payable to Hyeonsuk Song and $4,899.65 is payable to the United States Army. The Court further orders that Defendant's restitution shall be due and payable in full immediately. Any payment plan established by the Court's judgment is a minimum payment plan and shall not preclude the United States from pursuing any other collection efforts permitted by law.

This Order shall be made part of Defendant's criminal judgment in this case.

SO ORDERED, this 7th day of October, 2020.

_____
LOUISE W. FLANAGAN
United States District Judge